UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES *EX REL.* JOSHUA NEMZOFF,<br><br>Plaintiffs,<br><br>v.<br><br>LOUISIANA CHILDREN'S MEDICAL CENTER, INC., ET AL.,<br><br>Defendants. | CIVIL NO. 19-11680 c/w 19-11682<br><br>SECTION "P" (5)<br><br>JUDGE DARREL J. PAPILLION<br><br>MAGISTRATE MICHAEL B. NORTH |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22), Defendant GJERSET & LORENZ, LLP makes the following disclosures:

1. **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

    [ X ] Yes  [  ] No

    If "No," proceed to Question 2.  If "Yes," respond to the following:

    a. **Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**
    b. **State that there is no such corporation.**

    There is no parent corporation or publicly held corporation that owns 10% or more of the stock of Defendant GJERSET & LORENZ, LLP.

2. **Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

    [  ] Yes  [ X ] No

    If "No," sign and submit the form.  If "Yes," respond to the following:

1

a. **Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):**

Not applicable.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Dated: October 27, 2023                     Respectfully submitted,

/s/ Matthew S. Chester
Matthew S. Chester (La. Bar No. 36411)
Emily Olivier Kesler (La. Bar No. 37747)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Tel: (504) 566-5200
Fax: (504) 636-4000
mchester@bakerdonelson.com
ekesler@bakerdonelson.com

Kirk Ogrosky (*pro hac vice* forthcoming) T.A.
Ilene Albala (*pro hac vice* forthcoming)
Jordan L. Moran (*pro hac vice* forthcoming)
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
Tel: (202) 346-4000
Fax: (202) 346-4444
KOgrosky@goodwinlaw.com
IAlbala@goodwinlaw.com
JordanMoran@goodwinlaw.com

*Counsel for Defendant Gjerset & Lorenz, LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of Court for the United States District Court for the Eastern District of Louisiana using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and/or via electronic mail.

                                              */s/ Matthew S. Chester*
                                              Matthew S. Chester