UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES *ex rel.* JOSHUA NEMZOFF,<br><br>Plaintiffs,<br><br>v.<br><br>LOUISIANA CHILDREN'S MEDICAL CENTER, INC., ET AL.,<br><br>Defendants. | CIVIL ACTION No. 2:19-cv-11680 c/w 19-11682<br><br>SECTION: "P" (5)<br><br>JUDGE DARREL J. PAPILLION<br><br>MAG. JUDGE MICHAEL NORTH |

**DEFENDANTS' CONSOLIDATED MOTION TO DISMISS SECOND AMENDED COMPLAINT'S "LINCCA" CLAIMS**

For the reasons set forth in the attached memorandum of law in support of this motion, Defendants Louisiana Children's Medical Center, Inc., West Jefferson Holdings, LLC, United Professionals Company, LLC, Ochsner Clinic Foundation, Gjerset &Lorenz LLP, CHRISTUS Health Central Louisiana, MidAmerica Division, Inc.,[1] Baton Rouge General Medical Center, General Health System, Kendall Johnson, Scott Posecai, Maurice Lagarde III, Stephen Wright, Warner Thomas, Bobby Brannon, Patrick Quinlan, Michael Hulefeld, Chris Karam, Scott Merryman, Kim Kelsch, Dionne Viator, Nancy Cassagne, and Peter November, by and through their attorneys, hereby move this Honorable Court to dismiss Relator's Second Amended Complaint's "LINCCA" claims pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, Defendants respectfully request that this Court dismiss Relator's Second

---

[1] MidAmerica Division, Inc. is incorrectly named in the caption of this action as HCA MidAmerica Division.

Amended Complaint's "LINCCA" claims with prejudice.

Respectfully submitted this 20th day of December, 2023.

/s/ W. Scott Keaty
W. Scott Keaty (La. Bar. No. 23151)
Julie M. McCall (La. Bar No. 29992)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, Louisiana 70802
Tel: (225) 325-8700
Fax: (225) 325-8800
scott.keaty@butlersnow.com
julie.mccall@butlersnow.com

*Attorneys for General Health System, Baton Rouge General Medical Center, Kendall Johnson and Dionne Viator*

/s/ Brian Capitelli
Brian Capitelli (La. Bar No. 27398)
T.C. Wicker, IV (La. Bar No. 37955)
Capitelli & Wicker
1100 Poydras Street, Ste. 2950
New Orleans, Louisiana 70163
Tel: (504) 582-2425
Fax: (504) 582 2422
brian@capitelliandwicker.com
twicker@capitelliandwicker.com

Bradley A. Klein (admitted *pro hac vice*)
Paul A. Solomon (admitted *pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111
Tel: (202) 371-7000
Fax: (202) 393-5760
bradley.klein@skadden.com
paul.solomon@skadden.com

*Attorneys for United Professionals Company, LLC*

/s/ Catherine M. Maraist
Catherine M. Maraist (La. Bar No. 25781)
BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
301 Main Street
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Tel: (225) 387-4000
Fax (225) 381-8029
catherine.maraist@bswllp.com

/s/ Abid R. Qureshi
Alice S. Fisher (admitted *pro hac vice*)
Abid R. Qureshi (T.A., admitted *pro hac vice*)
Anne W. Robinson (admitted *pro hac vice*)
Natalie Hardwick Rao (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
alice.fisher@lw.com
abid.qureshi@lw.com
anne.robinson@.w.com
natalie.rao@lw.com

*Attorneys for Ochsner Health System, CHRISTUS Health Central Louisiana, MidAmerica Division, Inc., Scott Posecai, Maurice Lagarde III, Stephen Wright, Warner Thomas, Bobby Brannon, Patrick Quinlan, Michael Hulefeld, Chris Karam, Scott Merryman, Kim Kelsch and Peter November*

/s/ Peter J. Rotolo III
Peter J. Rotolo III (La. Bar No. 21848)
Amy L. McIntire (La. Bar No. 35241)
A. Elyce Ieyoub (La. Bar. No. 39918)
CHAFFE MCCALL, L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, Louisiana 70163

/s/ Matthew S. Chester
Matthew S. Chester (La. Bar No. 36411)
Emily Olivier Kesler (La. Bar No. 37747)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Tel: (504) 566-5200
Fax: (504) 636-4000
mchester@bakerdonelson.com
ekesler@bakerdonelson.com

/s/ Kirk Ogrosky
Kirk Ogrosky (admitted *pro hac vice*)
Ilene Albala (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel: +1 202 346 4000
Fax: +1 202 346 4444
KOgrosky@goodwinlaw.com
IAlbala@goodwinlaw.com
JordanMoran@goodwinlaw.com

*Attorneys for Gjerset & Lorenz, LLP*

/s/ Peter J. Butler, Jr.
Peter J. Butler, Jr. (La. Bar No. 18522)
Richard G. Passler (La. Bar No. 21006)
Catherine M. Maraist (La. Bar No. 25781)
BREAZEALE, SACHSE &WILSON, L.L.P.
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Tel: (504) 584-5454
Fax: (504) 584-5452
peter.butler.jr@bswllp.com
richard.passler@bswllp.com
catherine.maraist@bswllp.com

*Attorneys for Nancy Cassagne*

Tel: (504) 585-7000
Fax: (504) 544-6089
rotolo@chaffe.com
mcintire@chaffe.com
ieyoub@chaffe.com

Heather M. O'Shea (admitted *pro hac vice*)
Elizabeth Marino (*pro hac vice* forthcoming)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60601
Tel: (312) 782-3939
Fax: (312) 782-8585
hoshea@jonesday.com
ejmarino@jonesday.com

Taylor A. Goodspeed (admitted *pro hac vice*)
Rajeev Muttreja (admitted *pro hac vice*)
JONES DAY
250 Vesey Street
New York, New York 10281
Phone: (212) 326-3939
Fax:    (212) 755-7306
tgoodspeed@jonesday.com
rmuttreja@jonesday.com

Ryan Harmanis (admitted *pro hac vice*)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Phone: (614) 469-3939
Fax:    (614) 461-4198
rharmanis@jonesday.com

*Attorneys for Louisiana Children's Medical Center, Inc. and West Jefferson Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 20th day of December, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all parties entitled to notice by electronic notification.

                                                 */s/ Abid R. Qureshi*
                                                 Abid R. Qureshi