# EXHIBIT E

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
1301 Young Street, Room 833
Dallas, Texas 75202



Division of Medicaid & Children's Health, Region VI

October 29, 2010

Our Reference: SPA LA 09-56

Mr. Don Gregory, State Medicaid Director
Department of Health and Hospitals
Bienville Building
628 North 4th St.
P.O. Box 91030
Baton Rouge, LA 70821-9030
Attention: Allyson Lamy

Dear Mr. Gregory:

We have reviewed the proposed amendment to your Medicaid State Plan submitted under Transmittal Number 09-56. This state plan amendment provides for supplemental payments for outpatient services to non-rural, non-state hospitals that enter into an agreement with a state or local governmental entity for the purpose of providing healthcare services to low income and needy patients. The State has agreed to provide certification from the governmental entities that the Intergovernmental Transfers (IGTs) are voluntary.

In the future, when the State submits a State Plan Amendment (SPA) that may impact Indians or Indian health providers, CMS will look for evidence of the State's tribal consultation process for the SPA. Pursuant to section 1902 (a) (73) of the Act added by section 5006 (e) of the Recovery and Reinvestment Act of 2009, the State must submit evidence to CMS regarding the solicitation of advice prior to submission of the SPA. This consultation must include all federally recognized tribes, Indian Health Service and Urban Indian Organizations within the state.

Transmittal Number 09-56 is approved with an effective date of January 1, 2010 as requested. A copy of the HCFA – 179, Transmittal No. 09-56 dated December 30, 2009 is enclosed along with the approved plan pages.

If you have any questions please contact Cheryl Rupley at (214) 767-6278.

Sincerely,

Bill Brooks
Associate Regional Administrator

Enclosures

1

| | |
|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | FORM APPROVED<br>OMB NO. 0938-0193 |

| TRANSMITTAL AND NOTICE OF APPROVAL OF<br>STATE PLAN MATERIAL<br>FOR: HEALTH CARE FINANCING ADMINISTRATION | 1. TRANSMITTAL NUMBER:<br>09-56 | 2. STATE<br>Louisiana |
|---|---|---|
| | 3. PROGRAM IDENTIFICATION: TITLE XIX OF THE SOCIAL SECURITY ACT (MEDICAID) | |
| TO: REGIONAL ADMINISTRATOR<br>HEALTH CARE FINANCING ADMINISTRATION<br>DEPARTMENT OF HEALTH AND HUMAN SERVICES | 4. PROPOSED EFFECTIVE DATE<br>January 1, 2010 | |

5. TYPE OF PLAN MATERIAL *(Check One)*:

☐ NEW STATE PLAN   ☐ AMENDMENT TO BE CONSIDERED AS NEW PLAN   ☒ AMENDMENT

COMPLETE BLOCKS 6 THRU 10 IF THIS IS AN AMENDMENT *(Separate Transmittal for each amendment)*

| 6. FEDERAL STATUTE/REGULATION CITATION:<br>42 CFR 447.321 | 7. FEDERAL BUDGET IMPACT:<br>a. FFY 2010   * $0.00<br>b. FFY 2011   * $0.00 |
|---|---|
| 8. PAGE NUMBER OF THE PLAN SECTION OR ATTACHMENT:<br>Attachment 4.19-B, Item 2.a, Page 8 | 9. PAGE NUMBER OF THE SUPERSEDED PLAN SECTION OR ATTACHMENT *(If Applicable)*:<br>None (New Page) |

10. SUBJECT OF AMENDMENT: The purpose of this amendment is to provide for supplemental payments to outpatient non-rural, non-state hospitals that enter into an agreement with a state or local governmental entity for the purpose of providing healthcare services to low income and needy patients.

11. GOVERNOR'S REVIEW *(Check One)*:
☐ GOVERNOR'S OFFICE REPORTED NO COMMENT
☐ COMMENTS OF GOVERNOR'S OFFICE ENCLOSED
☐ NO REPLY RECEIVED WITHIN 45 DAYS OF SUBMITTAL
☒ OTHER, AS SPECIFIED:
The Governor does not review state plan material.

| 12. SIGNATURE OF STATE AGENCY OFFICIAL: | 16. RETURN TO: |
|---|---|
| 13. TYPED NAME:<br>*for* Alan Levine | State of Louisiana<br>Department of Health and Hospitals<br>628 N. 4th Street<br>PO Box 91030<br>Baton Rouge, LA 70821-9030 |
| 14. TITLE:<br>Secretary | |
| 15. DATE SUBMITTED:<br>December 30, 2009 | |

FOR REGIONAL OFFICE USE ONLY

| 17. DATE RECEIVED:<br>30 December, 2009 | 18. DATE APPROVED:<br>29 October, 2010 |
|---|---|

PLAN APPROVED – ONE COPY ATTACHED

| 19. EFFECTIVE DATE OF APPROVED MATERIAL:<br>1 January, 2010 | 20. SIGNATURE OF REGIONAL OFFICIAL: |
|---|---|
| 21. TYPED NAME:<br>Bill Brooks | 22. TITLE: Associate Regional<br>Division of Medicaid & Children's Health |

23. REMARKS:

* The fiscal impact is unable to be determined at this time as this is a new process for the state and so no hospitals have qualified yet.

FORM HCFA-179 (07-92)

2

PAYMENT FOR MEDICAL AND REMEDIAL CARE AND SERVICES

METHODS AND STANDARDS FOR ESTABLISHING PAYMENT RATES – OTHER TYPES OF CARE OR SERVICES LISTED IN SECTION 1905(A) OF THE ACT THAT ARE INCLUDED IN THE PROGRAM UNDER THE PLAN AS DESCRIBED AS FOLLOWS:

### Supplemental Payments for Low Income and Needy Care Collaboration Hospitals

Effective for dates of service on or after January 1, 2010, quarterly supplemental payments will be issued to qualifying non-rural, non-state hospitals for outpatient services rendered during the quarter. Maximum aggregate payments to all qualifying hospitals in this group shall not exceed the available upper payment limit per state fiscal year.

1. Qualifying Criteria. In order to qualify for the supplemental payment, the non-rural, non-state hospital must be affiliated with a state or local governmental entity through a Low Income and Needy Care Collaboration Agreement

   a. A non-state hospital is defined as a hospital which is owned or operated by a private entity.

   b. A Low Income and Needy Care Collaboration Agreement is defined as an agreement between a hospital and a state or local governmental entity to collaborate for purposes of providing healthcare services to low income and needy patients.

2. Reimbursement Methodology. Each qualifying hospital shall receive quarterly supplemental payments for the outpatient services rendered during the quarter. Quarterly payment distribution shall be limited to one-fourth of the lesser of:

   a. the difference between each qualifying hospital's outpatient Medicaid billed charges and Medicaid payments the hospital receives for covered outpatient services provided to Medicaid recipients. Medicaid billed charges and payments will be based on a 12 consecutive month period for claims data selected by the Department; or

   b. for hospitals participating in the Medicaid Disproportionate Share Hospital (DSH) Program, the difference between the hospital's specific DSH limit and the hospital's DSH payments for the applicable payment period.

STATE Louisiana
DATE REC'D 12-30-09
DATE APP'VD 10-29-10
DATE EFF 1-1-10
HCFA 179 09-56

SUPERSEDES: NONE - NEW PAGE

TN# 09-56  Approval Date 10-29-10  Effective Date 1-1-10
Supersedes TN# SUPERSEDES: NONE - NEW PAGE