# EXHIBIT J

# [Private hospitals get extra money ; Jindal touts Medicaid innovation](#)

Times-Picayune (New Orleans)

March 30, 2011 Wednesday

Copyright 2011 The Times-Picayune Publishing Company All Rights Reserved

**Section:** NATIONAL; Pg. A 03

**Length:** 357 words

**Byline:** Jan Moller Capital bureau

## Body

BATON ROUGE -- Private hospitals around the state will collect $83 million in extra Medicaid payments under new public-private partnerships designed to bring in federal health-care dollars, Gov. Bobby Jindal said Tuesday.

The payments will flow to 25 hospitals around the state -- including seven in the New Orleans area -- that are taking part in the new program, which received federal approval in November. It's the second round of payments, following $27 million paid out late last year.

Under the Low-Income and Needy Care Collaboration Agreement program, private hospitals agree to cover the costs of providing care to low-income and needy populations that are now served by public entities such as local public hospital districts or the Department of Health and Hospitals.

The financing arrangement saves money that the public institutions would otherwise have to spend, and makes the hospitals eligible to receive federal Medicaid matching funds that exceed the cost of the care they cover.

"This program is the definition of innovation at work in our health care system," Jindal said. "While other states are slashing hospital funding in reaction to the national crisis in Medicaid, we're here today giving hospitals $83 million in funding."

Louisiana is the second state, after Texas, to get a waiver from the federal Centers for Medicare and Medicaid Services to operate such collaborations.

While the first round of payments flowed mainly to hospitals in the New Orleans area, including East Jefferson General Hospital and West Jefferson Medical Center, the latest payments are being spread around the state, with about $4.5 million going to hospitals in the region.

The largest recipient, by far, is Woman's Hospital in Baton Rouge, which is getting $46 million.

Jindal also announced a second, similar program that will generate $2.8 million in extra federal money to pay doctors that work in non-state public hospitals.

Both the hospital and the doctor payment programs were developed from legislation authored by state Sen. David Heitmeier, D-Algiers.

. . . . . . . .

Jan Moller can be reached at [jmoller@timespicayune.com](mailto:jmoller@timespicayune.com) or 225.342.5207.

**Load-Date:** March 30, 2011

---

**End of Document**

Page 2 of 2

Private hospitals get extra money Jindal touts Medicaid innovation

**Load-Date:** March 30, 2011