UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA EX REL. JOSHUA NEMZOFF** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11680 c/w 19-11682** |
| **LOUISIANA CHILDREN'S MEDICAL CENTER, INC. ET AL.** | **SECTION: "P" (5)** |

## ORDER

The Court has before it several motions in this action.[1] While the Court is cognizant the subject motions have been pending for an extended period of time, considering the status of the Court's docket and its obligations in other similarly long-standing civil actions transferred to this section upon the initial creation of its docket, as well as its obligations in other civil actions and in certain criminal actions to which the Court must give priority, the Court regrets, that despite its best effort and attention, it will not be able to devote the attention necessary to resolve these motions in the next several weeks. Therefore, considering its discretion in the management of its docket, and in an effort to best use its available resources, and while mindful of the parties' need for resolution of the motions by the earliest practical date:

**IT IS ORDERED** that the parties shall, **no later than January 30, 2026**, formally meet and confer, via a formally scheduled telephone or video conference, in a serious and good faith effort to determine whether, either in whole or in part, the issues giving rise to the motions in R. Docs. 112, 113, 114, 115, and 116 can be resolved by agreement of the parties, amendment, or some other appropriate measure. At the subject conference, the parties shall also formally address whether some or all the subject motions can be referred to the assigned United States Magistrate

---

[1] R. Docs. 112, 113, 114, 115, & 116.

Judge for decision, as opposed to a referral by the District Judge to the Magistrate Judge of a subject motion for a Report and Recommendation.[2] If the parties consent to referral for decision by the Magistrate Judge, the parties may be provided with a faster resolution of some or all the subject motions.

**IT IS FURTHER ORDERED** that in light of the Court's Order mandating the parties to meet and confer regarding the subject motions, and considering the Court's stated inability to address the motions for the next several weeks, this action, except for the assignments to the parties contained in this Order, shall be **STAYED**, and the Clerk of Court shall **ADMINISTRATIVELY CLOSE** this action and terminate the subject motions (R. Docs. 112, 113, 114, 115, and 116), pending the meet-and-confer conference ordered by the Court.

**IT IS FURTHER ORDERED** that if the parties consent to have some or all of the motions in R. Docs. 112, 113, 114, 115, and 116 considered for decision by the assigned Magistrate Judge, the parties should provide notice of this decision to the Court, at the earliest practical date, in the form of a letter or email, copying all counsel, to the Court's eFile email address (eFile-Papillion@laed.uscourts.gov), and the Court will give the affected parties appropriate instructions at that time. Any decision to submit, or not submit, some or all of the subject motions to the Magistrate Judge for consideration and decision, however, shall be entirely voluntary, and the parties should not view notice of the Magistrate Judge's availability as anything other than notice that the assigned Magistrate Judge may be able to resolve the motions at an earlier date than if they

---

[2] *Compare* 28 U.S.C. § 636(b)(1)(B) ("[A] judge may also designate a magistrate judge . . . to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion excepted in subparagraph (A) . . . .") *with* 28 U.S.C. § 636(c)(1) ("Upon consent of the parties, a full-time United States magistrate judge or a part-time United States magistrate judge who serves as a full-time judicial officer may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case . . . .").

remain pending before the District Judge. Moreover, referral of any of the subject motions to the assigned Magistrate Judge for decision does **not** refer the entire case to the Magistrate Judge.

**IT IS FURTHER ORDERED** that after the Court-ordered meet and confer, but **no later than February 27, 2026**, the parties shall provide the Court with a written status report regarding the results of the parties' discussions. The status report shall be submitted via the Court's eFile email address (eFile-Papillion@laed.uscourts.gov), with a copy to all counsel. If the Court has not already lifted the stay and administrative closure of this action **by March 13, 2026**, any interested party shall file a motion seeking to lift the stay and administrative closure of this action, and **by March 20, 2026**, the movants in R. Docs. 112, 113, 114, 115, and 116, assuming none of the motions have been referred to the Magistrate Judge for decision, shall either file a revised or updated motion, reflecting any applicable agreements or stipulations reached pursuant to the meet-and-confer conference, or shall request that their original terminated motion(s) be set for submission on April 21, 2026, and assigned for Oral Argument before the District Judge on April 23, 2026, at 9:00 a.m., in Courtroom C551.

New Orleans, Louisiana, this 18th day of December 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**