**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOSHUA NEMZOFF,<br><br>*Plaintiffs*,<br><br>v.<br><br>LOUISIANA CHILDREN'S MEDICAL CENTER, INC., *et al*.<br><br>*Defendants*. | CIVIL ACTION NO. 2:19-cv-11680-DJP-MBN c/w 19-11682<br>SECTION: "P" (5)<br>JUDGE DARREL JAMES PAPILLION<br>MAG. JUDGE MICHAEL NORTH |

## FINAL ORDER AND JUDGMENT

Considering the Consent Motion for Entry of Magistrate Judge's Ruling as a Final Order filed by Relator Joshua Nemzoff ("Relator") and Defendants Louisiana Children's Medical Center, Inc., West Jefferson Holdings, LLC, United Professionals Company, LLC, Ochsner Clinic Foundation, Gjerset & Lorenz LLP, CHRISTUS Health Central Louisiana, MidAmerica Division, Inc.,[1] Baton Rouge General Medical Center, General Health System, Kendall Johnson, Scott Posecai, Maurice Lagarde III, Stephen Wright, Warner Thomas, Bobby Brannon, Patrick Quinlan, Michael Hulefeld, Chris Karam, Scott Merryman, Kim Kelsch, Dionne Viator, Nancy Cassagne, and Peter November (collectively, the "Parties");

WHEREAS, all parties consented to have the United States Magistrate Judge conduct all proceedings and enter a final order on Dkt. Nos. 112, 113, 114, 115, and 116, and the Court

[1] MidAmerica Division, Inc. is incorrectly named in the caption of this action as HCA MidAmerica Division.

referred those motions to the Magistrate Judge in accordance with 28 U.S.C. § 636(c) (Dkt. No. 141);

WHEREAS, on October 22, 2026, the undersigned issued a ruling disposing of each of the referred motions (Dkt. No. 154), which constitutes a final order pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED, ADJUDGED, AND DECREED** that the ruling (Dkt. No. 154), granting the motions to dismiss at Dkt. Nos. 112, 113, 115, and 116 with prejudice and dismissing Dkt. No. 114 as moot, is entered as a final appealable order under 28 U.S.C. § 636(c). The Clerk of Court is directed to enter judgment in accordance with this order pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 58(b)(1).

New Orleans, Louisiana, this 10th day of November, 2026.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**